Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____ Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| **1. Debtor's name** | **Silver Star Virginia Parkway LLC** |
| **2. All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as names* | **Silver Star Storage** |
| **3. Debtor's federal Employer Identification Number (EIN)** | **9 9 – 3 3 0 8 4 8 8** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2870 Virginia Parkway** <br> Number    Street | **100 N Forest Park Blvd, Suite 100** <br> Number    Street |
| **Mckinney, TX 75071** <br> City    State    ZIP Code | **Fort Worth, TX 76102** <br> City    State    ZIP Code |
| **Collin** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number    Street <br><br> City    State    ZIP Code |

**5. Debtor's website (URL)** _____

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Silver Star Virginia Parkway LLC**                            Case number *(if known)* _____
         Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:* |

❑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

❑ Railroad (as defined in 11 U.S.C. §101(44))

❑ Stockbroker (as defined in 11 U.S.C. § 101(53A))

❑ Commodity Broker (as defined in 11 U.S.C. § 101(6))

❑ Clearing Bank (as defined in 11 U.S.C. §781(3))

❑ None of the above

B. *Check all that apply:*

❑ Tax-exempt entity (as described in 26 U.S.C. §501)

❑ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

❑ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
**5   3   1   1**

| | |
|---|---|
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |

❑ Chapter 7

❑ Chapter 9

☑ Chapter 11. *Check all that apply:*

   ❑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ❑ A plan is being filed with this petition.

   ❑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ❑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ❑ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

❑ Chapter 12

| | |
|---|---|
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** If more than 2 cases, attach a separate list. | ☑ No<br>❑ Yes. District _____ When _____ Case number _____<br>                   MM / DD / YYYY<br>     District _____ When _____ Case number _____<br>                   MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** List all cases. If more than 1, attach a separate list. | ❑ No<br>☑ Yes. Debtor **SEE ATTACHED** _____ Relationship _____<br>     District _____ When _____<br>                          MM / DD / YYYY<br>     Case number, if known _____ |

Debtor    **Silver Star Virginia Parkway LLC**                                    Case number *(if known)*
          Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐   It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>    What is the hazard? _____<br><br>☐   It needs to be physically secured or protected from the weather.<br>☐   It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐   Other _____<br><br>**Where is the property?** _____<br>                         Number        Street<br><br>_____<br>City                          State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.     Insurance agency _____<br>            Contact name _____<br>            Phone _____ |

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49    ☐ 50-99         ☐ 1,000-5,000  ☐ 5,001-10,000      ☐ 25,001-50,000  ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999       ☐ 10,001-25,000                    ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000              ☑ $1,000,001-$10 million        ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000         ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000        ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million      ☐ $100,000,001-$500 million     ☐ More than $50 billion |

Debtor **Silver Star Virginia Parkway LLC**
     Name

Case number *(if known)*

| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/28/2026**
         MM/ DD/ YYYY

X **/s/ David T. Wheeler**
Signature of authorized representative of debtor

**David T. Wheeler**
Printed name

Title **President, Silver Star Property Management, Manager**

**18. Signature of attorney**

X **/s/ Robert T DeMarco**
Signature of attorney for debtor

Date **05/28/2026**
    MM/ DD/ YYYY

**Robert T DeMarco**
Printed name

**DeMarco Mitchell, PLLC**
Firm name

**500 N. Central Expressway Suite 500**
Number    Street

**Plano**
City

**TX**
State

**75074**
ZIP Code

**(972) 991-5591**
Contact phone

**robert@demarcomitchell.com**
Email address

**24014543**
Bar number

**TX**
State

# ATTACHMENT 10

| | | | |
|---|---|---|---|
| **Debtor** | Silver Star Properties REIT, Inc. | **Relationship** | Affiliate |
| **District** | Northern District of Texas, Fort Worth Div. | **When** | May 28, 2026 |
| **Case number, if known** | | | |

Fill in this information to identify the case:

Debtor Name **Silver Star Virginia Parkway LLC**

United States Bankruptcy Court for the: _____**Northern**_____ District of _____**Texas**_____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1.  **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2.  **Cash on hand** _____

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **Vista Bank** | **Checking account** | **7  9  5  7** | **unknown** |

4.  **Other cash equivalents** *(Identify all)*

4.1 _____    _____

4.2 _____    _____

5.  **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    _____

| Part 2: | Deposits and prepayments |
| --- | --- |

6.  **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7.  **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1 _____    _____

Debtor  **Silver Star Virginia Parkway LLC**          Case number *(if known)* _____

Name

---

7.2 _____          _____

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1 _____          _____

8.2 _____          _____

9.  **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.          _____

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  |  |  |  | **Current value of debtor's interest** |
|---|---|---|---|---|

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | **$4,681.05** | - | **$4,134.25** | =.....➜ | **$545.80** |
| 11b. Over 90 days old: | **$311.00** | - | **$0.00** | =.....➜ | **$311.00** |

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.          **$856.80**

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| 14.1 | _____ | _____ | _____ |
|---|---|---|---|
| 14.2 | _____ | _____ | _____ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| 15.1. | _____ | _____ | _____ |
| 15.2. | _____ | _____ | _____ |

Debtor   **Silver Star Virginia Parkway LLC**                                     Case number *(if known)* _____
      Name

---

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 _____     _____     _____

16.2 _____     _____     _____

**17.** **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| | |
|---|---|
| | _____ |

---

**Part 5:**    Inventory, excluding agriculture assets

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** <br> _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** <br> _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** <br> _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies** <br> _____ | MM / DD / YYYY | _____ | _____ | _____ |

**23.** **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| | |
|---|---|
| | _____ |

**24.** **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes.  Book value _____ Valuation method _____ Current value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 6:**    Farming and fishing-related assets (other than titled motor vehicles and land)

---

Debtor  **Silver Star Virginia Parkway LLC**                             Case number *(if known)* _____
          Name

---

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6**
    Add lines 28 through 32. Copy the total to line 85.

    | |
    |---|
    | |

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

  ☐ No
  ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes.  Book value _____ Valuation method _____ Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No
☐ Yes

**Part 7:     Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

---

Debtor    **Silver Star Virginia Parkway LLC**                                    Case number *(if known)* _____

       Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | Net book value | Valuation method | Current value |
|---|---|---|---|
| 42.1 _____ | | | |
| 42.2 _____ | | | |
| 42.3 _____ | | | |

43. **Total of Part 7**
Add lines 39 through 42. Copy the total to line 86.                       _____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ❑ No

    ❑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ❑ No

    ❑ Yes

### Part 8:    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☑ No. Go to Part 9.

    ❑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | | | |
| 47.2 _____ | | | |
| 47.3 _____ | | | |
| 47.4 _____ | | | |

Debtor    **Silver Star Virginia Parkway LLC**                                  Case number *(if known)* _____
         Name

48.  **Watercraft, trailers, motors, and related accessories** Examples:
     Boats, trailers, motors, floating homes, personal watercraft, and fishing
     vessels

     48.1 _____    _____  _____  _____

     48.2 _____    _____  _____  _____

49.  **Aircraft and accessories**

     49.1 _____    _____  _____  _____

     49.2 _____    _____  _____  _____

50.  **Other machinery, fixtures, and equipment (excluding farm
     machinery and equipment)**

     _____    _____  _____  _____

51.  **Total of Part 8**                                                    _____

     Add lines 47 through 50. Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

     ❑ No
     ❑ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

     ❑ No
     ❑ Yes

**Part 9:    Real property**

54.  **Does the debtor own or lease any real property?**

     ❑ No. Go to Part 10.
     ☑ Yes. Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **BERINGER ONE ADDITION (CMC) BLK A LOT R5 \*(REPLAT)\* / 2870 Virginia Parkway Mckinney, TX 75071** | **Fee Simple** | **unknown** | | **$7,650,000.00** |

56.  **Total of Part 9**                                                    **$7,650,000.00**

     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

     ☑ No
     ❑ Yes

Debtor    **Silver Star Virginia Parkway LLC**                              Case number *(if known)* _____
          Name

---

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | _____ | _____ | _____ |
| 61. **Internet domain names and websites** | _____ | _____ | _____ |
| 62. **Licenses, franchises, and royalties** | _____ | _____ | _____ |
| 63. **Customer lists, mailing lists, or other compilations** | _____ | _____ | _____ |
| 64. **Other intangibles, or intellectual property** | _____ | _____ | _____ |
| 65. **Goodwill** | _____ | _____ | _____ |

66. **Total of Part 10**
Add lines 60 through 65. Copy the total to line 89.                                         _____

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 11: | All other assets |
|---|---|

---

Debtor     **Silver Star Virginia Parkway LLC**          Case number *(if known)* _____

       Name

---

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____    _____ – _____ =➜ _____

                   Total face amount      doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    _____

_____    Tax year _____    _____

_____    Tax year _____    _____

73. **Interests in insurance policies or annuities**

_____                      _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                      _____

**Nature of claim**      _____

**Amount requested**      _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                      _____

**Nature of claim**      _____

**Amount requested**      _____

76. **Trusts, equitable or future interests in property**

_____                      _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____                      _____

_____                      _____

78. **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.          _____

---

Debtor   **Silver Star Virginia Parkway LLC**          Case number *(if known)* _____

Name

---

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

❑ No

❑ Yes

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **unknown** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$856.80** | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. **Real property.** *Copy line 56, Part 9.* ➔ | | **$7,650,000.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+** | |
| 91. **Total.** *Add lines 80 through 90 for each column* ...........91a. | **$856.80** | **+** 91b. **$7,650,000.00** |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ..................... | | **$7,650,856.80** |

---

**Fill in this information to identify the case:**

Debtor name   **Silver Star Virginia Parkway LLC**

United States Bankruptcy Court for the: _____**Northern**_____   District of   _____**Texas**_____
(State)

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible.**

1.  **Do any creditors have claims secured by debtor's property?**

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
| --- | --- | --- |

**2.1**

**Creditor's name**

**ASHTON GASKINS STORAGE LLC**

**Creditor's mailing address**

**1 HALLSHIRE COURT**

**Dallas, TX 75225**

**Creditor's email address, if known**

_____

**Date debt was incurred**   **06/07/2024**

**Last 4 digits of account number**   **0 0 5 1**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.

> 1) Collin County Tax Assesor Collector; **2) ASHTON GASKINS STORAGE LLC**; 3) Prosperity Bank

**Describe debtor's property that is subject to a lien**

BERINGER ONE ADDITION (CMC) BLK A LOT R5 *(REPLAT)*

**Describe the lien**

**Mortgage**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
| --- | --- |
| **$5,750,000.00** | **$7,650,000.00** |

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     **$5,959,530.19**

Debtor   **Silver Star Virginia Parkway LLC**                          Case number (if known) _____
         Name

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.2** **Creditor's name**

**Collin County Tax Assesor Collector**

**Creditor's mailing address**

**PO Box 8046**

**Mckinney, TX 75070**

**Creditor's email address, if known**

_____

**Date debt was incurred**       **2025**

**Last 4 digits of account number**       **0  0  5  1**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____

☑ Yes. The relative priority of creditors is specified on lines **2.1**

**Describe debtor's property that is subject to a lien**

BERINGER ONE ADDITION (CMC) BLK A LOT R5 *(REPLAT)*

**Describe the lien**

**Property Taxes**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Amount of claim: **$209,446.00**

Value of collateral: **$7,650,000.00**

Debtor **Silver Star Virginia Parkway LLC**
_____
Name

Case number (if known) _____

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.3** **Creditor's name**

**Collin County Tax Assesor Collector**

**Creditor's mailing address**

**PO Box 8046**

**Mckinney, TX 75070**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

❑ Yes. Have you already specified the relative priority?

  ❑ No. Specify each creditor, including this creditor, and its relative priority.

  ❑ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

**Personal Property Taxes**

**Is the creditor an insider or related party?**

☑ No

❑ Yes

**Is anyone else liable on this claim?**

☑ No

❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

❑ Contingent

❑ Unliquidated

❑ Disputed

**$84.19**          **unknown**

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page **3** of **5**

Debtor **Silver Star Virginia Parkway LLC**
Name

Case number (if known) _____

| | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**2.4** **Creditor's name**

**Prosperity Bank**

**Creditor's mailing address**

**Prosperity Bank Plaza**

**4295 San Felipe Street**

**Houston, TX 77027**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** __ __ __ __
**number**

**Do multiple creditors have an interest in the same property?**

❑ No

☑ Yes. Have you already specified the relative priority?

   ❑ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.1**

**Describe debtor's property that is subject to a lien**
BERINGER ONE ADDITION (CMC) BLK A LOT R5 *(REPLAT)*

**Describe the lien**
The Prosperity Bank note is 'wrapped' into the seller finance provided by Gaskins

**Is the creditor an insider or related party?**
☑ No
❑ Yes

**Is anyone else liable on this claim?**
☑ No
❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

Amount of claim: **unknown**

Value of collateral: **$7,650,000.00**

Debtor   **Silver Star Virginia Parkway LLC**                                   Case number (if known) _____
         Name

---

| **Part 2:** | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| **Name and address** | **On which line in Part 1 did you enter the related creditor?** | **Last 4 digits of account number for this entity** |
|---|---|---|
| **Carrington, Coleman, Sloman & Blumenthal, L.L.P.** **901 Main Street, Suite 5500** **Dallas, TX 75202** | Line 2. **1** | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

Fill in this information to identify the case:

Debtor name **Silver Star Virginia Parkway LLC**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1: List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|

**2.1**

**Priority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

**2.2**

**Priority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor    **Silver Star Virginia Parkway LLC**                                  Case number *(if known)* _____
          Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**

**AEI CONSULTANTS**

**2500 CAMINO DIABLO**

**Walnut Creek, CA 94597**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
❑ Yes

$800.00

**3.2** **Nonpriority creditor's name and mailing address**

**CITY OF MCKINNEY**

**PO Box BOX 8000**

**Mckinney, TX 75070**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
❑ Yes

$1,479.49

**3.3** **Nonpriority creditor's name and mailing address**

**DANTAS LAWN SERVICE**

**330 W LYNDON B JOHNSON FWY**

**Irving, TX 75063**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
❑ Yes

$1,200.00

**3.4** **Nonpriority creditor's name and mailing address**

**DFS FIRE SYSTEMS, LLC**

**P.O. BOX 460939**

**Garland, TX 75046**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
❑ Yes

$1,775.00

Debtor  **Silver Star Virginia Parkway LLC**

Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $900.00
--- | --- | --- | ---

**3.5** **Nonpriority creditor's name and mailing address**

**EXODUS ELEVATOR SOLUTIONS**

**11665 FUQUA ST SUITE C308**

**Houston, TX 77034**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** — — — —

**As of the petition filing date, the claim is:** $900.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**

**GO LOCAL, LLC**

**8215 W 108TH TERRACE**

**Overland Park, KS 66210**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** — — — —

**As of the petition filing date, the claim is:** $2,124.56
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.7** **Nonpriority creditor's name and mailing address**

**HIRSH & WESTHEIMER, P.C.**

**1415 LOUISIANA ST. 36TH FLOOR**

**Houston, TX 77002**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** — — — —

**As of the petition filing date, the claim is:** $1,292.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.8** **Nonpriority creditor's name and mailing address**

**Holman Fenwick Willan USA LLP**

**4537 Mayfair St.**

**Bellaire, TX 77401**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** — — — —

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **NOTICE ONLY**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor      **Silver Star Virginia Parkway LLC**                                              Case number *(if known)* _____
      Name

| Part 2: | Additional Page |

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$449.79** |

**KINGS III OF AMERICA INC**

**PO Box BOX 739207**

**Dallas, TX 75373**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Vendor**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number** __ __ __ __

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$727.86** |

**NATIONAL COMPUTER COMPANY INC**

**POBOX 110083**

**Carrollton, TX 75011**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Vendor**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number** __ __ __ __

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |

**NELSON MULLINS**

**ATTN: JACOB SPARKS**

**5830 Granite Parkway, Suite 1000**

**Plano, TX 75024**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  NOTICE ONLY**

**Is the claim subject to offset?**
☑ No
❑ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

---

**3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,457.01** |

**OPENTECH ALLIANCE, INC.**

**2101 W PEORIA AVE, SUITE 100**

**Phoenix, AZ 85029**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Vendor**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number** __ __ __ __

---

Debtor     **Silver Star Virginia Parkway LLC**                                   Case number *(if known)* _____
      Name

---

**Part 2:** Additional Page

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $975.38 |
|---|---|---|---|

**RELIANT RETAIL SERVICES LLC**

P.O. BOX 650475

Dallas, TX 75265

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Vendor**

Date or dates debt was incurred  _____

Last 4 digits of account number  — — — —

**Is the claim subject to offset?**
☑ No
❑ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,914.43 |
|---|---|---|---|

**RYAN, LLC**

P.O. Box 848351

Dallas, TX 75284

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Vendor**

Date or dates debt was incurred  _____

Last 4 digits of account number  — — — —

**Is the claim subject to offset?**
☑ No
❑ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $346.45 |
|---|---|---|---|

**SITELINK SOFTWARE, LLC**

P.O BOX 738362

Dallas, TX 75373

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Vendor**

Date or dates debt was incurred  _____

Last 4 digits of account number  — — — —

**Is the claim subject to offset?**
☑ No
❑ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $300.58 |
|---|---|---|---|

**Spectrum/Time Warner Cable**

PO Box 223085

Pittsburgh, PA 15251

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Vendor**

Date or dates debt was incurred  _____

Last 4 digits of account number  — — — —

**Is the claim subject to offset?**
☑ No
❑ Yes

---

Debtor    **Silver Star Virginia Parkway LLC**                          Case number *(if known)* _____
          Name

| Part 2: | Additional Page |
|---------|-----------------|

**3.17** **Nonpriority creditor's name and mailing address**

**STORAGEPUG LLC**

**408 N CEDAR BLUFF RD SUITE 140**

**Knoxville, TN 37923**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,728.00

**3.18** **Nonpriority creditor's name and mailing address**

**XPS SOLUTIONS, LTD.**

**2703 TELECOM PARKWAY, SUITE 150**

**Richardson, TX 75082**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,405.41

Debtor   **Silver Star Virginia Parkway LLC**                                   Case number *(if known)* _____

         Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.**     **Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. **Total claims from Part 2** | 5b. **+** | **$22,876.46** |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$22,876.46** |

Fill in this information to identify the case:

Debtor name          **Silver Star Virginia Parkway LLC**

United States Bankruptcy Court for the: _____ **Northern** _____   District of _____ **Texas** _____
                                                                                    (State)
Case number (If known): _____   Chapter   **11**

☐ Check if this is an
   amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**

    ☐  No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

    ☑  Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | Gate & Elevator Access | Open Tech Alliance |
| | | 2101 W PEORIA AVE, SUITE 100 |
| State the term remaining | | Phoenix, AZ 85029 |
| List the contract number of any government contract | | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | Property Management and Leasing Agreement | Silver Star Property Management, Inc. |
| | **Contract to be ASSUMED** | 100 N Forest Park Blvd, Suite 100 |
| State the term remaining | | Fort Worth, TX 76102 |
| List the contract number of any government contract | | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | Answering Service and Remote Access | XPS SOLUTIONS, LTD. |
| | | 2703 TELECOM PARKWAY, SUITE 150 |
| State the term remaining | | Richardson, TX 75082 |
| List the contract number of any government contract | | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name **Silver Star Virginia Parkway LLC**

United States Bankruptcy Court for the: **Northern** District of **Texas**
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors.** In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ <br><br> _____ <br><br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br><br> _____ <br><br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br><br> _____ <br><br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br><br> _____ <br><br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Debtor **Silver Star Virginia Parkway LLC**                      Case number (if known) _____
          Name

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | _____ | _____ <br> Street <br> _____ <br> _____ <br> City          State          ZIP Code | _____ | ❑ D <br> ❑ E/F <br> ❑ G |
| 2.6 | _____ | _____ <br> Street <br> _____ <br> _____ <br> City          State          ZIP Code | _____ | ❑ D <br> ❑ E/F <br> ❑ G |

Fill in this information to identify the case:

Debtor name **Silver Star Virginia Parkway LLC**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

 1a. **Real Property:**
 Copy line 88 from *Schedule A/B*...................................................................................................................

 **$7,650,000.00**

 1b. **Total personal property:**
 Copy line 91A from *Schedule A/B*...............................................................................................................

 **$856.80**

 1c. **Total of all property:**
 Copy line 92 from *Schedule A/B*.................................................................................................................

 **$7,650,856.80**

| Part 2: | Summary of Liabilities |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
 Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

 **$5,959,530.19**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

 3a. **Total claim amounts of priority unsecured claims:**
 Copy the total claims from Part 1 from line 5a of *Schedule E/F*.....................................................................

 **$0.00**

 3b. **Total amount of claims of non-priority amount of unsecured claims:**
 Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................................

 **+ $22,876.46**

4. **Total liabilities**..................................................................................................................................................
 Lines 2 + 3a + 3b

 **$5,982,406.65**

Fill in this information to identify the case:

Debtor name ___ **Silver Star Virginia Parkway LLC** ___

United States Bankruptcy Court for the:
___ **Northern District of Texas** ___

Case number (if known): ___

☐ Check if this is an
amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors   **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* ___

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration **Equity Security Holders** ___

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**05/28/2026**__
MM/  DD/  YYYY

X  **/s/ David T. Wheeler** ___
Signature of individual signing on behalf of debtor

**David T. Wheeler** ___
Printed name

**President, Silver Star Property Management, Manager** ___
Position or relationship to debtor

Official Form B202       **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

Debtor name **Silver Star Virginia Parkway LLC**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     **04/25**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1: Income

**1.   Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2026** to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$180,586.00** |
| **For prior year:** | From **01/01/2025** to **12/31/2025**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$503,268.00** |
| **For the year before that:** | From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$278,078.00** |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2026** to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** | From **01/01/2025** to **12/31/2025**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

Debtor   **Silver Star Virginia Parkway LLC**                                      Case number *(if known)* _____
Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

❏ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  **ASHTON GASKINS STORAGE LLC**<br>Creditor's name<br><br>**1 HALLSHIRE COURT**<br>Street<br><br><br>**Dallas, TX 75225**<br>City           State      ZIP Code | **04/03/2026**<br><br><br>**03/31/2026** | **$209,131.59** | ☑ Secured debt<br>❏ Unsecured loan repayments<br>❏ Suppliers or vendors<br>❏ Services<br>❏ Other _____ |

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.<br><br>Creditor's name<br><br>Street<br><br><br>City           State      ZIP Code<br><br>**Relationship to debtor** | | | |

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **2**

Debtor   **Silver Star Virginia Parkway LLC**                                                           Case number *(if known)* _____
_____ Name

5.1. _____     _____     _____   _____

Creditor's name

_____

Street

_____

City                    State     ZIP Code

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____<br><br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City          State   ZIP Code | XXXX– __ __ __ __ | _____ | _____ |

## Part 3:  Legal Actions or Assignments

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| 7.1. Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| _____<br><br>**Case number**<br><br>_____ | _____ | _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City          State   ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Official Form 207             **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                          page **3**

Debtor  **Silver Star Virginia Parkway LLC**                         Case number *(if known)* _____
            Name

| 8.1. | **Custodian's name and address** | **Description of the property** | **Value** |
|---|---|---|---|

_____
Custodian's name

_____
Street

_____
City          State      ZIP Code

**Case title**
_____

**Case number**
_____

**Date of order or assignment**
_____

**Court name and address**
_____
Name

_____
Street

_____
City          State      ZIP Code

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. | **Recipient's name and address** | **Description of the gifts or contributions** | **Dates given** | **Value** |
|---|---|---|---|---|

_____
Recipient's name

_____
Street

_____
City          State      ZIP Code

**Recipient's relationship to debtor**
_____

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| **Description of the property lost and how the loss occurred** | **Amount of payments received for the loss**<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | **Date of loss** | **Value of property lost** |
|---|---|---|---|
| 10.1. | | | |

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

❑ None

Debtor   **Silver Star Virginia Parkway LLC**                                                            Case number *(if known)*
       Name

| 11.1. | **Who was paid or who received the transfer?** | **If not money, describe any property transferred** | **Dates** | **Total amount or value** |
|---|---|---|---|---|
| | **DeMarco Mitchell, PLLC** | **Attorney's Fee** | **05/20/2026** | **$4,000.00** |
| | **Address** | | | |
| | **500 N. Central Expressway Suite 500** <br> Street | | | |
| | **Plano, TX 75074** <br> City          State      ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12.   Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | **Name of trust or device** | **Describe any property transferred** | **Dates transfers were made** | **Total amount or value** |
|---|---|---|---|---|
| | **Trustee** | | | |

**13.   Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

Debtor **Silver Star Virginia Parkway LLC** _____ Case number *(if known)* _____
         Name

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | _____ | _____ | _____ | _____ |
| | **Address** | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City             State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

## Part 7:  Previous Locations

**14.  Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

❏ Does not apply

| Address | Dates of occupancy |
|---|---|

14.1. **601 SAWYER ST, SUITE 600** _____
Street

_____

**Houston, TX 77007** _____
City             State    ZIP Code

From **11/2024**     To **03/2026**

14.1. **2909 HILLCROFT, SUITE 420** _____
Street

_____

**Houston, TX 77057** _____
City             State    ZIP Code

From **1/2024**     To **10/2024**

---

## Part 8:  Health Care Bankruptcies

**15.  Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

❏ Yes. Fill in the information below.

Debtor **Silver Star Virginia Parkway LLC** Case number *(if known)* _____
Name

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1.

Facility name

Street

| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
|---|---|---|

City                State       ZIP Code

*Check all that apply:*

❏ Electronically

❏ Paper

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

❏ No.

☑ Yes. State the nature of the information collected and retained. **Credit Card Payment Information - Credit Rental App**

Does the debtor have a privacy policy about that information?

❏ No

☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

❏ Yes. Does the debtor serve as plan administrator?

❏ No. Go to Part 10.

❏ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

Has the plan been terminated?

❏ No

❏ Yes

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor  **Silver Star Virginia Parkway LLC**                                    Case number *(if known)* _____

Name

18.1  _____    XXXX– __ __ __ __    ❏ Checking        _____    _____

Name                                                          ❏ Savings

_____                              ❏ Money market

Street                                                        ❏ Brokerage

_____                              ❏ Other

_____                              _____

City                State     ZIP Code

**19.  Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ❏ No |
| | Name | | | ❏ Yes |
| | Street | | | |
| | | Address | | |
| | City        State     ZIP Code | | | |

**20.  Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ❏ No |
| | Name | | | ❏ Yes |
| | Street | | | |
| | | Address | | |
| | City        State     ZIP Code | | | |

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21.  Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | _____ |
| Name | | | |
| Street | | | |
| | | | |
| City        State     ZIP Code | | | |

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                page **8**

Debtor **Silver Star Virginia Parkway LLC**
Name

Case number *(if known)* _____

| Part 12: | Details About Environmental Information |

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| | Name | | ☐ On appeal |
| **Case number** | | | ☐ Concluded |
| | Street | | |
| | | | |
| | City           State     ZIP Code | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |
| Name | Name | | |
| Street | Street | | |
| | | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |
| Name | Name | | |
| Street | Street | | |
| | | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

Debtor   **Silver Star Virginia Parkway LLC**                                   Case number *(if known)*
         Name

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City          State    ZIP Code | _____ | EIN: __ __ – __ __ __ __ __ __ __<br><br>**Dates business existed**<br><br>From _____  To _____ |

**26. Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **Silver Star Property Management**<br>Name<br>**100 N Forest Park Blvd, Suite 100**<br>Street<br><br>**Fort Worth, TX 76102**<br>City          State       ZIP Code | From _____  To _____ |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. **Silver Star Property Management, Inc.**<br>Name<br>**100 N Forest Park Blvd, Suite 100**<br>Street<br><br>**Fort Worth, TX 76102**<br>City          State       ZIP Code | From _____  To _____ |

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

Debtor  **Silver Star Virginia Parkway LLC**                                Case number *(if known)* _____
        Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.

**Silver Star Property Management, Inc.**
Name

**100 N Forest Park Blvd, Suite 100**
Street

_____

**Fort Worth, TX 76102**
City                          State              ZIP Code

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

26d.1.

_____
Name

_____
Street

_____

City                          State              ZIP Code

**27.  Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|

27.1.

_____
Name

_____
Street

_____

City                          State              ZIP Code

**28.  List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Hartman SPE LLC | 100 N. Forest Park Blvd., Suite 100 Fort Worth, TX 76102 | , Member | 100.00% |
| Silver Star Property Management, Inc. | 100 N Forest Park Blvd, Suite 100 Fort Worth, TX 76102 | Manager, | 0.00% |
| Fox, Louis | 100 N. Forest Park Blvd., Suite 100 Fort Worth, TX 76102 | CFO & Treasurer, | 0.00% |
| Gerald Haddock | 100 N. Forest Park Blvd., Suite 100 Fort Worth, TX 76102 | CEO, | 0.00% |

Debtor   **Silver Star Virginia Parkway LLC**                                                   Case number *(if known)* _____
              Name

**29.** **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

❏ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| _____ | _____ | , _____ | From _____ <br> To _____ |

**30.** **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

❏ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. **Silver Star Property Management, Inc.** <br> Name <br><br> **100 N Forest Park Blvd, Suite 100** <br> Street <br><br><br> **Fort Worth, TX 76102** <br> City          State          ZIP Code <br><br> **Relationship to debtor** | **$372,500** | _____ | **See Attached.** |

**31.** **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

❏ No

☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|-------------------------------|----------------------------------------------------------|
| **Hartman SPE LLC** | EIN: **3 0** – **1 1 2 7 4 0 0** |

**32.** **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

❏ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

---

| Part 14: | Signature and Declaration |
|----------|---------------------------|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____**05/28/2026**____
          MM/ DD/ YYYY

Debtor    **Silver Star Virginia Parkway LLC**                                                    Case number *(if known)*
          Name

**X** **/s/ David T. Wheeler**                    Printed name              **David T. Wheeler**
     Signature of individual signing on behalf of the debtor

     Position or relationship to debtor **President, Silver Star Property Management, Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

Official Form 207                    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    page **13**

SILVER STAR VIRGINIA PARKWAY LLC

PAYMENTS TO SILVER STAR PROPERTY MANAGEMENT

PERIOD:     06.01.2025 to 05.26.2026

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 2025-07-28 | Property management fee and reimbursements | $ 40,000.00 |
| 2025-08-04 | Property management fee and reimbursements | $ 40,000.00 |
| 2025-09-03 | Property management fee and reimbursements | $ 15,000.00 |
| 2025-09-10 | Property management fee and reimbursements | $ 15,000.00 |
| 2025-10-08 | Property management fee and reimbursements | $ 30,000.00 |
| 2025-10-14 | Property management fee and reimbursements | $ 7,500.00 |
| 2025-11-04 | Property management fee and reimbursements | $ 18,000.00 |
| 2025-11-05 | Property management fee and reimbursements | $ 14,000.00 |
| 2025-11-13 | Property management fee and reimbursements | $ 3,000.00 |
| 2025-11-20 | Property management fee and reimbursements | $ 7,000.00 |
| 2025-12-04 | Property management fee and reimbursements | $ 22,000.00 |
| 2025-12-31 | Property management fee and reimbursements | $ 15,000.00 |
| 2026-01-06 | Property management fee and reimbursements | $ 15,000.00 |
| 2026-01-27 | Property management fee and reimbursements | $ 15,000.00 |
| 2026-02-26 | Property management fee and reimbursements | $ 30,000.00 |
| 2026-03-12 | Property management fee and reimbursements | $ 25,000.00 |
| 2026-03-25 | Property management fee and reimbursements | $ 8,000.00 |
| 2026-04-08 | Property management fee and reimbursements | $ 23,000.00 |
| 2026-04-22 | Property management fee and reimbursements | $ 10,000.00 |
| 2026-05-06 | Property management fee and reimbursements | $ 20,000.00 |
| | | $ 372,500.00 |

**Fill in this information to identify the case:**

Debtor name          **Silver Star Virginia Parkway LLC**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | RYAN, LLC P.O. Box 848351 Dallas, TX 75284 | | Vendor | | | | $5,914.43 |
| 2 | GO LOCAL, LLC 8215 W 108TH TERRACE Overland Park, KS 66210 | | Vendor | | | | $2,124.56 |
| 3 | DFS FIRE SYSTEMS, LLC P.O. BOX 460939 Garland, TX 75046 | | Vendor | | | | $1,775.00 |
| 4 | STORAGEPUG LLC 408 N CEDAR BLUFF RD SUITE 140 Knoxville, TN 37923 | | Vendor | | | | $1,728.00 |
| 5 | CITY OF MCKINNEY PO Box BOX 8000 Mckinney, TX 75070 | | | | | | $1,479.49 |
| 6 | OPENTECH ALLIANCE, INC. 2101 W PEORIA AVE, SUITE 100 Phoenix, AZ 85029 | | Vendor | | | | $1,457.01 |
| 7 | XPS SOLUTIONS, LTD. 2703 TELECOM PARKWAY, SUITE 150 Richardson, TX 75082 | | Vendor | | | | $1,405.41 |
| 8 | HIRSH & WESTHEIMER, P.C. 1415 LOUISIANA ST. 36TH FLOOR Houston, TX 77002 | | Vendor | | | | $1,292.50 |

Debtor   **Silver Star Virginia Parkway LLC**                    Case number *(if known)*
　　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 DANTAS LAWN SERVICE<br>330 W LYNDON B JOHNSON FWY<br>Irving, TX 75063 | | Vendor | | | | $1,200.00 |
| 10 RELIANT RETAIL SERVICES LLC<br>P.O. BOX 650475<br>Dallas, TX 75265 | | Vendor | | | | $975.38 |
| 11 EXODUS ELEVATOR SOLUTIONS<br>11665 FUQUA ST SUITE C308<br>Houston, TX 77034 | | Vendor | | | | $900.00 |
| 12 AEI CONSULTANTS<br>2500 CAMINO DIABLO<br>Walnut Creek, CA 94597 | | | | | | $800.00 |
| 13 NATIONAL COMPUTER COMPANY INC<br>POBOX 110083<br>Carrollton, TX 75011 | | Vendor | | | | $727.86 |
| 14 KINGS III OF AMERICA INC<br>PO Box BOX 739207<br>Dallas, TX 75373 | | Vendor | | | | $449.79 |
| 15 SITELINK SOFTWARE, LLC<br>P.O BOX 738362<br>Dallas, TX 75373 | | Vendor | | | | $346.45 |
| 16 Spectrum/Time Warner Cable<br>PO Box 223085<br>Pittsburgh, PA 15251 | | Vendor | | | | $300.58 |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE:                                                                CHAPTER  **11**
**Silver Star Virginia Parkway LLC**

DEBTOR(S)                                                             CASE NO

### LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| **HARTMAN SPE LLC** 100 N Forest Park Blvd., Suite 100 Fort Worth, TX 76102 | Interest | 100% | Member |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the ____**President, Silver Star Property Management, Manager**____ of the _____**Nonpublic Corporation**_____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **05/28/2026**_____     Signature: **/s/ David T. Wheeler**_____

*David T. Wheeler, President, Silver Star Property Management, Manager*

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

IN RE: **Silver Star Virginia Parkway LLC**

CASE NO

CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date **05/28/2026**      Signature                    **/s/ David T. Wheeler**

David T. Wheeler, President, Silver Star Property Management, Manager

AEI CONSULTANTS
2500 CAMINO DIABLO
Walnut Creek, CA 94597

ASHTON GASKINS STORAGE
LLC
1 HALLSHIRE COURT
Dallas, TX 75225

Attorney General of the
United States
Main Justice Bldg., Rm. 5111
10th & Constitution Ave. N.W.
Washington, DC 20503

Carrington, Coleman, Sloman
& Blumenthal, L.L.P.
901 Main Street, Suite 5500
Dallas, TX 75202

CITY OF MCKINNEY
PO Box BOX 8000
Mckinney, TX 75070

Collin County Tax Assesor
Collector
PO Box 8046
Mckinney, TX 75070

Dallas County Tax-Assessor
Collector
John R. Ames, CTA
500 Elm St Ste 3300
Dallas, TX 75202-3304

DANTAS LAWN SERVICE
330 W LYNDON B JOHNSON FWY
Irving, TX 75063

DFS FIRE SYSTEMS, LLC
P.O. BOX 460939
Garland, TX 75046

EXODUS ELEVATOR
SOLUTIONS
11665 FUQUA ST SUITE C308
Houston, TX 77034

GO LOCAL, LLC
8215 W 108TH TERRACE
Overland Park, KS 66210

HIRSH & WESTHEIMER, P.C.
1415 LOUISIANA ST. 36TH FLOOR
Houston, TX 77002

Holman Fenwick Willan USA
LLP
4537 Mayfair St.
Bellaire, TX 77401

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

KINGS III OF AMERICA INC
PO Box BOX 739207
Dallas, TX 75373

NATIONAL COMPUTER
COMPANY INC
POBOX 110083
Carrollton, TX 75011

NELSON MULLINS
ATTN: JACOB SPARKS
5830 Granite Parkway, Suite 1000
Plano, TX 75024

Office of the Attorney General
Bankruptcy-Collections Division
Po Box 12548
Austin, TX 78711-2548

Office of the United States
Trustee
515 Rusk Street, Suite 3516 Room 976
Houston, TX 77002

Open Tech Alliance
2101 W PEORIA AVE, SUITE 100
Phoenix, AZ 85029

OPENTECH ALLIANCE, INC.
2101 W PEORIA AVE, SUITE 100
Phoenix, AZ 85029

Prosperity Bank
Prosperity Bank Plaza
4295 San Felipe Street
Houston, TX 77027

RELIANT RETAIL SERVICES
LLC
P.O. BOX 650475
Dallas, TX 75265

RYAN, LLC
P.O. Box 848351
Dallas, TX 75284

Silver Star Property
Management, Inc.
100 N Forest Park Blvd, Suite 100
Fort Worth, TX 76102


SITELINK SOFTWARE, LLC
P.O BOX 738362
Dallas, TX 75373


Spectrum/Time Warner Cable
PO Box 223085
Pittsburgh, PA 15251


STORAGEPUG LLC
408 N CEDAR BLUFF RD SUITE 140
Knoxville, TN 37923


Texas Alcoholic Beverage
Commission
License and Permits Division
Po Box 13127
Austin, TX 78711-3127

Texas Comptroller of Public
Accounts
Bankruptcy Section
Po Box 13528
Austin, TX 78711-3528

Texas Workforce Commission
TEC Building - Bankruptcy
101 E 15th St
Austin, TX 78778-1442


U.S. Department of HUD
307 W. 7th Street Suite 1000
Fort Worth, TX 76102

U.S. Dept. of Veterans Affairs
Regional Office, Finance Section (24)
701 Clay Ave
Waco, TX 76799-0001

U.S. Securities & Exchange
Comm.
Fort Worth Regional Office
801 Cherry St Ste 1900 Unit 18
Fort Worth, TX 76102-6819

U.S. Small Business
Administration
150 Westpark Way Ste 130
Euless, TX 76040-3705

United States Attorney
1100 Commerce Street, 3rd Fl.
Dallas, TX 75242-1699

XPS SOLUTIONS, LTD.
2703 TELECOM PARKWAY, SUITE 150
Richardson, TX 75082